

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00236-CR

JERRY DONELL HART, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 23F0624-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Jerry Donell Hart appeals his conviction for possession of one gram or more but less than four grams of the controlled substance methamphetamine.[1]  Hart claims that the evidence is insufficient to prove he was in possession of the methamphetamine found in the vehicle he was driving.  Because we find that sufficient evidence supports the verdict, we affirm the trial court's judgment.

Hart was convicted after a single trial on two indictments.  In Hart's companion appeal in cause number 06-23-00235-CR, we addressed the sufficiency of the evidence to convict Hart of unlawful possession of a firearm by a felon.  Our analysis and result are the same in this case because the firearm in the companion case and the methamphetamine leading to this conviction were both found in the vehicle that Hart was driving just before his arrest.

We refer the reader to our opinion in the companion case for the legal standard and our analysis, which control this case's disposition.

We affirm the trial court's judgment.

Charles van Cleef
Justice

Date Submitted:     May 30, 2024
Date Decided:      June 4, 2024

Do Not Publish

---

[1]*See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (Supp.).